EXHIBIT A

RECEIVED
U.S. DEPT. OF LABOR/OSHA
09 NOV 24 PM 3: 16
HARRISBURG AREA OFFICE

JEFFREY A. WIEST,

      Plaintiff

  v.

THOMAS J. LYNCH, Chief Executive Officer And Director Of Tyco Electronics Corporation;

TERRENCE CURTIN, Executive Vice President And Chief Financial Officer Of Tyco Electronics Corporation;

CHARLES C. POST, ESQUIRE, Sr. Labor & Employment Counsel;

CHARLES DOUGHERTY, President, Wireless Systems, A Tyco Business Unit; and

TYCO ELECTRONICS CORPORATION,

      Defendants

## SARBANES-OXLEY COMPLAINT

BY: Richard C. Angino, Esq.
   Angino & Rovner, P.C.
   Attorney I.D. No. 07140
   4503 North Front Street
   Harrisburg, PA 17110
   (717) 238-6791
   rca@angino-rovner.com
   (Attorneys for Plaintiff)

Plaintiff, Jeffrey A. Wiest, through his undersigned attorneys, for his Complaint against Defendants, Thomas J. Lynch, Terrence Curtin, Charles Dougherty, Charles C. Post, Esq., and Tyco Electronics Corporation, avers as follows:

EXH A