EXHIBIT B

# FINAL ASSESSMENT

**COMPLETE**

**Tyco Electronics**
Our commitment. Your advantage.

Name: Jeffrey Wiest                    Date: 10/23/2008

## PERFORMANCE AND BEHAVIOR ASSESSMENT

**PERFORMANCE SUMMARY (past 12 months)**

In 2008 progress continued on our automation initiatives with corresponding improvements in efficiencies and costs along with confirmation of acceptable controls. An extensive internal audit of the US A/P function was completed with no material findings. The audit required significant support by A/P personnel and was accomplished with no interruption in service levels. Vouched dollars were up by 9.5% to $2.6B while gross department cost was down $59k for the year despite additional systems costs of $62k. Direct cost per invoice was down 5.4%. Electronic invoicing increased from 40.3% to 53.7% and I initiated a supplier charge back for paper invoice processing. Additional tasks assumed include implementing and administering DOA activity on the SAP system and processing the FX wire transfer activity (from Treasury) while headcount decreased by one since last YE. Headquarters payables activity (tax, treasury, IA, etc.) increased and there has been favorable feedback as to service levels and controls. I was asked to review the A/P process at Rochester Cable and I provided a detailed list of recommendations for major control and efficiency improvements. We implemented a process for supplier TIN verification against the IRS database which will increase 1099 accuracy. I attended an international payables professionals conference and have attempted

**RESULTS SUMMARY: Exceeds Expectations**

### KEY BEHAVIORS

| | Comments |
|---|---|
| **INTEGRITY** | |
| Champions Integrity and Trust | Treats integrity as paramount and takes actions accordingly, can be trusted to follow through as needed |
| Managerial Courage | Action oriented in moving the function to best practices, efficiency improvements and cost savings |
| **INNOVATION** | |
| Innovation Management | Has managed the function through major changes in process without negative service level effects |
| **TEAMWORK** | |
| Builds Effective Teams | Utilizes the self-directed team concept and works to keep the management team in sync |
| Manages Vision and Purpose | Maintains a forward looking approach in directing the function and staying on the forefront of trends |
| Manages Diversity | All decisions and actions taken are equitable and based solely on business issues |
| **ACCOUNTABILITY** | |
| Drive for Results | Achievement of results has demonstrated proficiency in this regard |
| Business Acumen | Maintains a broad view of business issues as they apply to payables and keeps skills current |

**BEHAVIORS SUMMARY: Above Tyco Electronics Standard**

### STRENGTHS
Action Oriented
Drive for Results
Ethics and Values
Innovation Management

### DEVELOPMENT NEEDS
Composure
Developing Direct Reports and Others
Listening
Patience

**KEY QUESTIONS:** Will we need to reorganize and/or educate staff in order to transition to a more automated environment?

## DEVELOPMENT PLAN

### BEST NEXT MOVES

| Title | Function | Band | Timing |
|---|---|---|---|
| Develop In Place | | | |

In-job assignments: Automation (Invoice and Payment), T&E system transition

Coaching/Mentoring: Spend more one-on-one time with direct reports

Additional training required: Pursue Accredited Payables Manager certification, attend Seminars/conferences on best practices

EMPLOYEE SIGNATURE (does not imply agreement, only awareness)
Jeffrey Wiest

MANAGER SIGNATURE
Doug Hofsass

Date of Electronic Signature: 10/23/2008                Date of Electronic Signature: 10/22/2008

The information on this form is being collected for the purposes of individual and organisational development. The information may be transferred internationally within Tyco Electronics. Tyco Electronics's policy is to maintain this information in a private and confidential manner. If you have any questions concerning the possible transfer of this data please contact your local Human Resource representative.

Behaviors and competencies are copyright © 1992, 1996, 2001-2003 by Robert W. Eichinger and Michael M. Lombardo. ALL RIGHTS RESERVED. This work is derived from the LEADERSHIP ARCHITECT ® Competency Sort Cards developed and copyrighted by Robert W. Eichinger and Michael M. Lombardo for Lominger Limited, Inc. Without the prior written permission of Lominger Limited, Inc., no part of this work may be used, reproduced or transmitted in any form or by any means, by or to any party outside of Tyco Electronics and its wholly-owned subsidiaries.

EXH B

# FINAL ASSESSMENT                                                                                                  COMPLETE

**Tyco Electronics**
Our commitment. Your advantage.

Name: Jeffrey Wiest                                      Date: 10/26/2007

## PERFORMANCE AND BEHAVIOR ASSESSMENT

### PERFORMANCE SUMMARY (past 12 months)

In 2007 we expanded our electronic invoicing initiative by developing a unique contract scenario with a 3rd party (OB10) and then implementing their services for mapping multiple electronic formats for upload into our SAP template. This allowed us to begin phased roll outs to our suppliers and to mandate use of one of the four paperless methods now available. This implementation has taken a large amount of time and effort which is additive to all normal activities. We have reduced headcount in the function by 6 or almost 15% (45 to 39) during this fiscal year (3 RIF, 3 attrition). In addition we supported the PCG divestiture and TSA early in the year. We also worked through the issues associated with the separation activities and the corresponding creation of the Berwyn and Bermuda functions, handling the extraordinary payment requests that occured during the transition. We have continued to expand the use of ACH payments, supported the roll out of the electronic ATS system, automated the debit memo process and supported the new Supplier Portal release. We have taken on the maintenance of the DOA records without adding any resources and started producing a new Executive Travel Report. We supported an Internal T&E audit and assisted in reconciling one executive's travel card issues. I also presented at a business forum in Wales on service center

| KEY BEHAVIORS | Comments |
|---|---|
| **INTEGRITY** | |
| Champions Integrity and Trust | Treats integrity as paramount and takes actions accordingly, can be trusted to follow through as needed |
| Managerial Courage | Action oriented in moving the function to best practices, automation and efficiency improvements |
| **EXCELLENCE** | |
| Customer Focus | Very service oriented and sets the same standard for the A/P team |
| Learning/Change Agility | Clearly focused on promoting positive change on a continual basis |
| **TEAMWORK** | |
| Builds Effective Teams | Utilizes the self-directed team concept within A/P and works to keep the management team in sync. |
| Manages Vision and Purpose | Maintains continual view of the direction of the function and staying on the forefront of trends |
| Manages Diversity | All decisions and actions taken are equitable and based solely on business issues |
| **ACCOUNTABILITY** | |
| Drive for Results | Results have demonstrated a clear focus in this area. |
| Business Acumen | Maintains a broad based approach to staying current and skill development (conferences, periodicals, etc.) |

### RESULTS SUMMARY: Exceeds Expectations
### BEHAVIORS SUMMARY: Above Tyco Electronics Standard

**STRENGTHS** | **DEVELOPMENT NEEDS**
---|---
Action Oriented | Patience
Drive for Results | Organizing
Perspective | Informing
Innovation Management | Developing Direct Reports and Others

**KEY QUESTIONS:** Can the roll out of electronic invoicing be managed with the existing salaried staff without affecting ongoing job duties and service levels? What will be the direction of our T&E system?

## DEVELOPMENT PLAN

| | Title | Function | Band | Timing |
|---|---|---|---|---|
| BEST NEXT MOVES | Develop In Place | | | |

In-job assignments: Automation Initiatives, T&E system evaluation
Coaching/Mentoring: Assist management team in prioritizing properly
Additional training required: Seminars/conferences on A/P best practices

EMPLOYEE SIGNATURE (does not imply agreement, only awareness)          MANAGER SIGNATURE
Jeffrey Wiest                                                          Doug Hofsass

Date of Electronic Signature: 10/26/2007                               Date of Electronic Signature: 10/25/2007

The information on this form is being collected for the purposes of individual and organizational development. The information may be transferred internationally within Tyco Electronics. Tyco Electronics's policy is to maintain this information in a private and confidential manner. If you have any questions concerning the possible transfer of this data please contact your local Human Resource representative.

Behaviors and competencies are copyright © 1992, 1996, 2001-2003 by Robert W. Eichinger and Michael M. Lombardo. ALL RIGHTS RESERVED. This work is derived from the LEADERSHIP ARCHITECT ® Competency Sort Cards developed and copyrighted by Robert W. Eichinger and Michael M. Lombardo for Lominger Limited, Inc. Without the prior written permission of Lominger Limited, Inc., no part of this work may be used, reproduced or transmitted in any form or by any means, by or to any party outside of Tyco Electronics and its wholly-owned subsidiaries.

# FINAL ASSESSMENT — COMPLETE

**Tyco Electronics**
Our commitment. Your advantage.

**Name:** Jeffrey Wiest
**Date:** 12/05/2006

## PERFORMANCE AND BEHAVIOR ASSESSMENT

### PERFORMANCE SUMMARY (past 12 months)

Invoices processed was up 92k or 11.1% vs '05. This includes the impact of integrating ELO Touch and TDI payables as well as business volume. Total dept cost decreased by $106k or 4.3% resulting in the cost/invoice processed going from $2.91 to $2.35 a 19.2% gain. Electronic Invoicing increased to 38% in the 4th qtr and a new flat file upload option was successfully piloted with our largest invoice volume vendor. Support was provided for the PR2 consolidation (FUSION) although the loss of systems resources to this effort slowed e-invoicing initiatives. I proposed and supported implementation of a systems program that allows for scheduling discount payments after weekends & holidays which was estimated to save up to $10M in working capital. ACH payment capabilities were established for TEC & M/A-COM vendors with adoption by over 150. The Positive Pay process was expanded to include verification of Payee name to enhance fraud protection. An electronic ATS was developed, tested and rolled out to the first plant. The wire transfer process was moved to Mellon bank from Chase and M&T. I spent significant time in support of the proposed Princeton payables integration. We transitioned to a new secondary audit firm and supported recovery of $400k+ as well as uncovering significant problems in our supplier freight terms which we assisted

### KEY BEHAVIORS

**INTEGRITY**
- Champions Integrity and Trust — Treats integrity as paramount and takes actions accordingly, can be trusted to follow through as needed
- Managerial Courage — Action oriented in moving the function to best practices, automation and efficiency improvements

**EXCELLENCE**
- Customer Focus — Very service oriented and not willing to tolerate less from department personnel
- Learning/Change Agility — Clearly focused on promoting positive change on a continual basis

**TEAMWORK**
- Builds Effective Teams — A/P operates in general as a team and the management staff teaming has improved considerably
- Manages Vision and Purpose — Created a progressive view of the future and is focused on providing the needed tools for accomplishment
- Manages Diversity — All decisions and actions taken are equitable and only based on business factors

**ACCOUNTABILITY**
- Drive for Results — Very results oriented as exemplified by the performance summary
- Business Acumen — Stays current (conferences, networking, periodicals and IAPP membership) on A/P trends

**BEHAVIORS SUMMARY:** Above Tyco Electronics Standard

**DEVELOPMENT NEEDS**
- Delegation
- Patience
- Listening
- Organizing

### RESULTS SUMMARY: Exceeds Expectations

**STRENGTHS**
- Action Oriented
- Drive for Results
- Perspective
- Innovation Management

**KEY QUESTIONS:** Need to finalize agreement with 3rd party supplier to complete electronic toolset and go to entire supply base with a mandate for paperless invoicing.

## DEVELOPMENT PLAN

| BEST NEXT MOVES | Title | Function | Band | Timing |
|---|---|---|---|---|
| | Develop in Place | | | |

**In-Job assignments:** Automation Initiatives (E-Invoicing and ACH payments) and resource realignments.
**Coaching/Mentoring:** Jeff needs to team with supervisors on resource realignment process
**Additional training required:** Seminars/conferences on A/P best practices

**EMPLOYEE SIGNATURE** (does not imply agreement, only awareness)
Jeffrey Wiest
Date of Electronic Signature: 12/5/2006

**MANAGER SIGNATURE**
Doug Hofsass
Date of Electronic Signature: 12/5/2006

The information on this form is being collected for the purposes of individual and organizational development. The information may be transferred internationally within Tyco Electronics. Tyco Electronics's policy is to maintain this information in a private and confidential manner. If you have any questions concerning the possible transfer of this data please contact your local Human Resource representative.

Behaviors and competencies are copyright © 1992, 1996, 2001–2003 by Robert W. Eichinger and Michael M. Lombardo. ALL RIGHTS RESERVED. This work is derived from the LEADERSHIP ARCHITECT ® Competency Sort Cards developed and copyrighted by Robert W. Eichinger and Michael M. Lombardo for Lominger Limited, Inc. Without the prior written permission of Lominger Limited, Inc., no part of this work may be used, reproduced or transmitted in any form or by any means, by or to any party outside of Tyco Electronics and its wholly-owned subsidiaries.

# FINAL ASSESSMENT
**COMPLETE**

| Tyco Electronics<br>Our commitment. Your advantage. | Name: Jeffrey Wiest | Date: 12/09/2005 |
|---|---|---|

## PERFORMANCE AND BEHAVIOR ASSESSMENT

**PERFORMANCE SUMMARY (past 12 months)**

Key Accomplishments: Headcount 45 @YE05 down from 51 @YE04; Cost/Line Item (invoice) $1.16 ($2.91) for '05 down 6.5% from $1.24 ($3.12) for' 04; 3% more line items with less $ spent and headcount; 7% more expense vouchers processed; 5.5% more payments (all types); Electronic Invoicing Initiatives- Implemented IDE (PO flip) process and Web-based vendor invoice inquiry, expanded EDI and Consignment programs, 23% of invoices processed electronically in '05 despite a drop of 7.5% in Pcard use; I presented to the Tyco Int'l Finance (D. Fitzpatrick) staff on our A/P initiatives; Integrated A/P functions for 3 PCG units as well as Products Unlimited (last CII unit) and Phoenix Eng. Prods; Completed the consolidation of the Power Systems SAP instance (M1P) into the PR2 template instance; Initiated use of Technology Insight software to recover $400k in disputed vendor payments avoiding over $100k in recovery commissions if all were found; Represented Electronics on the Corporate T&E team that evaluated/selected a web-based system (Gelco) for processing T&E expense; Supported the conversions to the JPM Chase purchasing and T&E corporate cards; Supported the SOX documentation and audit process; Made progress on the office "clutter" issue but will continue efforts; managed the above through absence of key supervisor for almost 4 months

| KEY BEHAVIORS | Comments |
|---|---|
| **INTEGRITY** | |
| Champions Integrity and Trust | Treats integrity as paramount and takes actions accordingly, can be trusted to follow through as needed. |
| Managerial Courage | Takes action as necessary in managing personnel including terminations for cause and layoffs |
| **EXCELLENCE** | |
| Customer Focus | The customers supported (suppliers, purchasing, business units) give very positive feedback on our support |
| Learning/Change Agility | Clearly focused on best practices and promotes change as ongoing in achieving goals |
| **TEAMWORK** | |
| Builds Effective Teams | Team handled Cathy Smith's absence well and is considered very effective by other functions |
| Manages Vision and Purpose | Has created a progressive view of the future and the team is focused on accomplishing it. |
| Manages Diversity | All decisions made equitably in hiring and ongoing management |
| **ACCOUNTABILITY** | |
| Drive for Results | Results oriented as exemplified by cost and headcount improvements, automation initiatives |
| Business Acumen | Attended IAPP conference, stays current with A/P trends |

**RESULTS SUMMARY: Exceeds Expectations**

**BEHAVIORS SUMMARY: Above Tyco Electronics Standard**

**STRENGTHS**
- Managerial Courage
- Ethics and Values
- Building Effective Teams
- Drive for Results

**DEVELOPMENT NEEDS**
- Patience
- Listening
- Organizing

**KEY QUESTIONS:** Work towards further automation by developing the Invoice file upload process and the ACH payment initiative.

## DEVELOPMENT PLAN

| BEST NEXT MOVES | Title | Function | Band | Timing |
|---|---|---|---|---|
| | Develop In Place | | | |

In-job assignments: Automation projects, service center integrations (Elo, TDI, other potential)

Coaching/Mentoring: Current management, Peer group input

Additional training required: Attend conferences (IAPP, NAPP, etc.) to develop best practice knowledge and benchmarking

**EMPLOYEE SIGNATURE** (does not imply agreement, only awareness)
Jeffrey Wiest

**MANAGER SIGNATURE**
Doug Hofsass

Date of Electronic Signature: 12/9/2005

Date of Electronic Signature: 12/9/2005

The information on this form is being collected for the purposes of individual and organizational development. The information may be transferred internationally within Tyco Electronics. Tyco Electronics's policy is to maintain this information in a private and confidential manner. If you have any questions concerning the possible transfer of this data please contact your local Human Resource representative.

Behaviors and competencies are copyright © 1992, 1996, 2001-2003 by Robert W. Eichinger and Michael M. Lombardo. ALL RIGHTS RESERVED. This work is derived from the LEADERSHIP ARCHITECT ® Competency Sort Cards developed and copyrighted by Robert W. Eichinger and Michael M. Lombardo for Lominger Limited, Inc. Without the prior written permission of Lominger Limited, Inc., no part of this work may be used, reproduced or transmitted in any form or by any means, by or to any party outside of Tyco Electronics and its wholly-owned subsidiaries.

16 | Tyco Electronics United States

employee for a sanctioned purpose. Other Tyco Electronics employees, or the employee's supervisor, shall not have access to such medical records unless permitted or required for a specific purpose.

### Promotion, Job Assignment, and Transfer

When possible, Tyco Electronics prefers to promote from within on the basis of merit. This is possible because the company hires people who are capable of handling increased or new responsibilities, and because the company offers a wide range of opportunities for improvement and growth. Of course, internal promotion is in the company's interests as well, as it is a desirable and necessary means of attracting, retaining, motivating, and developing high-caliber personnel. Internal promotion serves to meet business needs and achieve Affirmative Action goals.

Advancement in the company is based on individual job performance, management evaluation of capability to accept more responsibility, the availability of openings, and the relative qualifications of other candidates for advancement.

Merit factors considered include, but are not limited to, performance in present and previous positions, other related experience, skills, technical qualifications, aptitude, motivation, knowledge, education, and career interests. Generally, priority is given to candidates within the same work group or department where the opening exists. Length of continuous service is considered only in the unusual event that two or more candidates are equally qualified.

### Job Posting

The company attempts to provide an efficient system for promotion and transfer opportunities. Job posting helps accomplish this objective, through our Web site and otherwise. All employees are eligible to apply for openings provided they have been in their current position 12 months and have no current pending disciplinary actions.

### Performance Management

Tyco Electronics strongly supports ongoing performance management. Employees and their supervisors are encouraged to meet regularly to discuss the business and how employees' work and work situations affect company business.

As part of the performance management process, most business units formally document performance annually and submit a performance review for inclusion in the employee's personnel file. Employees are given a chance to read, discuss, and copy any

April 2002

performance review. Additionally, employees have the option of adding a comment or statement of up to one page to any performance review before it is placed in their personnel file.

## Salary Management

Tyco Electronics strives to pay salaries that are competitive within our markets and geographic locations, and to ensure that our employees are fairly compensated for work performed. Salary management strategy may vary by business unit; however, some of the more common methods of delivering salary increases include merit increases, general increases, and promotion increases.

Merit programs at Tyco Electronics are considered "at risk," meaning that future merit increases are not an entitlement but must be earned each merit cycle. Merit increases are a reward for adding value and making contributions to the company.

While salary increases are determined by a number of factors such as overall performance of our business and the employee's salary position relative to the market and other similar jobs, individual job performance strongly influences any merit increase. Tyco Electronics processes merit increases on a common merit date.

## 5. General Rules and Procedures

### Drugs and Alcohol

Tyco Electronics may perform preemployment, for-cause, random, or post-accident drug and alcohol testing.

The company maintains preplacement screening practices designed to prevent the hiring of individuals who use illegal drugs, or individuals whose use of legal drugs or alcohol indicates a potential for impaired or unsafe job performance. All offers of employment are conditioned on satisfactory results from the drug screen.

A prospective employee's consent to submit to such a test is a material condition of employment, and the prospective employee's refusal to consent will result in a refusal to hire.

The company prohibits the use of illegal drugs and the abuse of other controlled substances, prescription drugs or medicines, and alcohol during any time an employee is working for Tyco Electronics or while on company business. Specific examples of prohibited conduct related to drugs and alcohol include, but are not limited to, the following:

- Use, possession, manufacture, distribution, or sale of controlled substances or illegal drugs, or the distribution or sale of prescription