IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY A. WIEST, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS J. LYNCH, *et al.*, | : | |
| Defendants. | : | No. 10-3288 |

### O R D E R

AND NOW, this 21st day of July 2011, upon consideration of Defendants' Joint Motion to Dismiss (Docket No. 5), and the response thereto, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED.  The complaint is DISMISSED WITHOUT PREJUDICE as to all Defendants.

2. Plaintiffs shall have until August 20, 2011 to file and serve an amended complaint.  If no amended complaint is filed and served by that date, this action will be dismissed and the case closed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE