IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY A. WIEST, *et al.*, | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : |
| THOMAS J. LYNCH, *et al.*, | : |
| | : No. 10-3288 |
| Defendant. | : |

# **O R D E R**

AND NOW, this 15th day of November, 2011, upon consideration of the Plaintiffs' Motion for Reconsideration Nunc Pro Tunc By the Eastern District Court En Banc of Judge Pratter Memorandum Opinion of July 21, 2011, Or, In the Alternative, Motion to Dismiss Plaintiffs' Complaint with Prejudice and Enter a Final Appealable Order and Judgment (Docket No. 15), and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge